*If this opinion indicates that it is "FOR PUBLICATION," it is subject to revision until final publication in the Michigan Appeals Reports.*

# STATE OF MICHIGAN

# COURT OF APPEALS

---

VAAG OGANYAN and CAROLINA OGANYAN,

        Plaintiffs-Appellants,

and

SO, TO, and AO, Minors, by Next Friend VAAG OGANYAN,

        Plaintiffs,

v

BLACK TIGER TRUCKING, LLC, and KHOSHABA BABA,

        Defendants-Appellees.

UNPUBLISHED
January 16, 2026
2:20 PM

No. 369253
Macomb Circuit Court
LC No. 2021-001482-NI

---

Before: MALDONADO, P.J., and BOONSTRA and WALLACE, JJ.

BOONSTRA, J. (*concurring*).

    I concur in the result only.

                                     /s/ Mark T. Boonstra